FLORENCE POPKIN, Respondent, v. MATTHEW VIERENGEL, Appellant.— Order denying defendant's motion for a new trial on the ground of newly-discovered evidence affirmed, with costs. No opinion. Kelly, P. J., Manning and Young, JJ., concur; Jaycox and Kapper, JJ., dissent.

EDWARD SCHACHER and LOUIS SCHACHER, Copartners, etc., Appellants, v. BERKEL REALTY CO., INC., Defendant. ISAAC ANTKIES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ARTHUR SZERLIP, Respondent, v. SADIE O'BRIEN and Others, Defendants. MORARD REALTY CORPORATION, Intervenor, Appellant.— Order confirming receiver's accounts of rents of mortgaged premises affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

SAM WEINSTEIN, Respondent, v. THE CITY OF NEW YORK, Defendant. ISIDOR GUTTERSON, ROSE GREENSPAN and DORA LIEBERMAN, Appellants.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

CARL AHLQUIST, Respondent, v. SINJE AHLQUIST, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

ANNA BYRNES, Appellant, v. MARGARET J. BYRNES, Respondent, and Others, Defendants.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

ANTHONY CARLINO, an Infant, etc., Appellant, v. JESSE T. DAVIS, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

PASQUALE CARLINO, Appellant, v. JESSE T. DAVIS, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

MICHAEL FRUHLING, Respondent, v. C. LEE RUSSELL, etc., and Another, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

GEORGE GRUNDY, Appellant, v. LOUISA D. PRATT, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of NATHANIEL INCLEDON for the Removal of the Body of MATILDA INCLEDON from the Maple Grove Cemetery.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of ROBERT S. WEBBE, Respondent, for a Peremptory Order of Mandamus, Directed to HARRY F. BITZ, as Building Inspector of Port Chester, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

BEN KOSTER, by MORRIS SHVED, as Guardian ad Litem, Respondent, v. SAMUEL LEVENSTEIN and RUDOLPH MAICHEN, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.